IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES ENVIRONMENTAL** )<br>**PROTECTION AGENCY, and LISA P.** )<br>**JACKSON, Administrator, in her official** )<br>**capacity,** )<br>)<br>**Defendants.** ) | 8:10-cv-00235-LSC-FG3<br><br>**ORDER** |

In a joint status report (Doc. 95), counsel for the parties advise that on November 12, 2010, their representatives reached a tentative agreement, subject to further negotiation, through the use of the court-appointed mediator, Michael Mullin. The parties request that the case be stayed through January 18, 2011, to enable them to prepare and reach agreement on settlement documents, and obtain approval from the appropriate government officials. Noting the objection of interested parties Asarco LLC and Asarco Incorporated (Doc. 97), who wish to intervene in the case, the court finds that the case should be stayed through January 18, 2011 as requested by the parties.

For good cause shown, the court further finds that the defendants' motion (Doc. 96) for extension of time to respond to Asarco's Amended Motion to Intervene (Doc. 91) should be granted.

**IT IS ORDERED:**

1. The parties' joint request for a 60-day stay (Doc. 95) is granted. All further progression of this case is stayed through January 18, 2011, as requested.

2. Defendants' Motion for Extension of Time (Doc. 96) is granted. Defendants are granted an extension of time to December 13, 2010 in which to respond to the Amended Motion to Intervene (Doc. 91) filed by Asarco Incorporated and Asarco LLC.

**DATED November 18, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge