# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | |
| Plaintiff, | |
| v. | 8:10-cv-00235-LSC-FG3 |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,** | ORDER |
| Defendants. | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motions to extend the stay (Filings 106 & 110) are granted. This case shall remain stayed until and including April 4, 2011.

**DATED March 3, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**