# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | **CASE NO. 8:10CV235** |
| **Plaintiff,** | |
| v. | **ORDER** |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LISA P. JACKSON, in her official capacity,** | |
| **Defendants.** | |

This matter is before the Court on the parties' Stipulation for Compromised Settlement (Filing No. 116) and the parties' Joint Motion to Approve Stipulation (Filing No. 117). The Court finds the extension of stay of progression in this case is warranted. Accordingly,

1. The parties' Stipulation for Compromised Settlement (Filing No. 116) is approved and the parties' Joint Motion to Approve Stipulation (Filing No. 117) is granted; and

2. Pursuant to paragraph 3 of the Stipulation for Compromised Settlement (Filing No. 116), all further progression of this case is stayed until further motion of the parties or order of the Court.

DATED this 3rd day of June, 2011

BY THE COURT:

s/Laurie Smith Camp
United States District Judge