# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV235 |
| V. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LISA P. JACKSON, Administrator, In Her Official Capacity, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Pursuant to the court's approval of the parties' stipulation for compromised settlement (filing 118), all motions now pending herein (filings 70, 91 & 104) are dismissed without prejudice to reassertion.

**IT IS ORDERED:**

1. Proposed Plaintiff-Intervenor Asarco LLC's Motion to Intervene (filing 70) is denied without prejudice to reassertion;

2. Proposed Plaintiff-Intervenors Asarco Incorporated and Asarco LLC's Amended Motion to Intervene (filing 91) is denied without prejudice to reassertion;

3. Proposed Plaintiff-Intervenors Asarco LLC's and Asarco Incorporated's Motion to File Supplemental Reply-Brief and Supplemental Index of Evidence in Support of Amended Motion to Intervene (filing 104) is denied without prejudice to reassertion.

**DATED July 12, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge